UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CASE NO.: 3:18-cv-00008-REP

MINDEN PICTURES, INC.,

      Plaintiff,

v.

TOPTENZ, LLC D/B/A TOPTENZ.NET,

      Defendant.

## STIPULATION OF DISMISSAL

Plaintiff MINDEN PICTURES, INC. ("Minden") and Defendant TOPTENZ LLC D/B/A TOPTENZ.NET ("TopTenz") (together "Parties") hereby stipulate and agree to entry of a dismissal with prejudice with the parties to bear their respective attorneys' fees and costs, subject only to the provisions of the Settlement Agreement and Release ("Agreement") attached hereto as Exhibit 1 in the event of non-payment of the full settlement amount set forth in the Agreement, and according to the terms therein; and

Minden and TopTenz stipulate and agree further that in the event TopTenz fails to pay any installment amount when due pursuant to the Agreement, Minden may apply to the court *ex parte* for entry of the Consent Judgment in the form attached hereto as Exhibit 2.

Dated:  June 28, 2018

| | |
|---|---|
| */s/ Jerold I. Schneider* | *s/ David C. Deal* |
| JOEL B. ROTHMAN | DAVID C. DEAL |
| *Pro Hac Vice* | Virginia Bar No. 86005 |
| joel.rothman@sriplaw.com | david@daviddeal.com |
| JEROLD I. SCHNEIDER | |
| Virginia Bar No.:  08722 | THE LAW OFFICE OF DAVID C. DEAL, PLC |

jerold.schneider@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
4651 N. Federal Hwy
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Minden Pictures, Inc.*

P.O. Box 1042
Crozet, VA 22932
434-233-2727 - Telephone
888-965-8083 - Facsimile

and

MELISSA ANN CONNER
Virginia Bar No. 48609
Melissa.conner@parksensenig.com
DAVID J. SENSENIG
Virginia Bar No.: 41102
David.sensenig@parksensenig.com

**PARK SENSENIG LLC**
2310 West Main Street
Richmond, VA  23220
804.417.6085 – Telephone
888.552.1781 – Facsimile

*Counsel for Defendant TopTenz, LLC d/b/a TopTenz.net*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on June 28, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                      */s/ Jerold I. Schneider*
                                      JEROLD I. SCHNEIDER

## SERVICE LIST

| | |
|---|---|
| Mr. David C. Deal | Mr. David J. Sensenig |
| The Law Office of David C. Deal, PLC | Ms. Melissa A. Conner |
| P.O. Box 1042 | Park Sensenig LLC |
| Crozet, VA 22932 | 2310 West Main Street |
| david@daviddeal.com | Richmond, VA 23220 |
| | David.sensenig@parksensenig.com |
| Attorney for TopTenz, LLC d/b/a TopTenz.net | Melissa.conner@parksensenig.com |
| | |
| | Attorneys for TopTenz, LLC d/b/a TopTenz.net |